**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                           CASE NO. 05-80810
                                                             HON. LAWRENCE P. ZATKOFF

MICHAEL ANTHONY CLARK, et. al.,

       Defendants.
_____/

## ORDER EXTENDING PRETRIAL MOTION FILING DEADLINE

The Court HEREBY ORDERS that the deadline for filing pretrial motions is extended from October 31, 2005 to December 5, 2005.

The Court FURTHER ORDERS that the interests of justice served by this extension outweigh the interest of the defendant and the public in a speedy trial; and that the delay is excludable for Speedy Trial Act (18 USC 3161, et seq.) purposes.

IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 4, 2005

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 4, 2005.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290

2:05-cr-80810-DUTY   Doc # 69   Filed 11/04/05   Pg 2 of 2    Pg ID 156