UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO.  05-80810

vs.

                                     HON. LAWRENCE P. ZATKOFF

D-1  MICHAEL ANTHONY CLARK,
    a.k.a. "Mike Nitty," a.k.a. "Mike,"
D-2  KEVIN LENARD YOUNGBLOOD, a.k.a."Kev"
D-3  CHARLES RILEY GADSON. a.k.a. "Chuck,"
D-4  JAMES JACKSON, a.k.a. "Ziggy,"
D-5  FNU LNU, a.k.a. "Tio,"
D-6 TODD DUANE BENALLY, a.k.a. "T," a.k.a. "Roberto Jose Garcia," a.k.a. "Rojo,"
D-7 TREYVAN AGEE, a.k.a. "James Clark," a.k.a. "C-Pebble,"
D-8 BESSIE BLOUNT HOWARD,
D-9 ALISSA CANTY,
D-10 STEPHANIE HELENE BAXTER,
D-11 RAMANDO ANTONE WELLONS, a.k.a. "Donut,"
D-12 JERRY L. SEXTON, a.k.a. "J,"
D-13 LEE H. GILMORE, a.k.a. "Crazy Lee,"
D-14 LEON JOHNSON, Jr., a.k.a. "Nick,"
D-15 FELIX PEDRO BETANCO,

                           Defendants.
_____/

## REVISED STIPULATION OF THE PARTIES REQUESTING AND EXTENSION OF THE PLEA CUT-OFF DATE

IT IS HEREBY stipulated and requested by the undersigned attorneys for the parties that the plea cut-off scheduled for July 17, 2006 be adjourned by approximately 30 (thirty) days until August 16, 2006.  *See* E.D. Mich. LCrR 12.1(a) and LR 7.1. The parties make this request due to the complexity of the case, the inordinate amount of discovery, and the parties need for additional time to engage in pretrial negotiations.

The parties agree therefore stipulate and agree, pursuant to 18 U.S.C. §3161(h)(8)(A) – "The Speedy Trial Act," the time period caused by this stipulation shall be deemed excludable delay. The parties also stipulate and agree that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

|  |  |
|---|---|
| s/KAREN M. GIBBS (No Mich. P#) <br> Assistant U.S. Attorney <br> 211 W. Fort St., Ste. 2001 <br> Detroit, Michigan 48226 <br> E-Mail: Karen.Gibbs@usdoj.gov <br> Phone: 313-226-9705 | /with consent of JOHN ROYAL & CORBETT OMEARA <br> Attorneys for Defendant Michael Anthony Clark <br> 93 Kercheval, Suite 3 <br> Grosse Pointe Farms, MI 48236 <br> (313)882-7450 |
| /with consent of Mark H. Magidson <br> Attorney for Kevin L. Youngblood <br> 645 Griswold St., Suite 2110 <br> Detroit, Michigan 48226 <br> (313)963-4311 | /with consent of Walter C. Pookrum <br> Attorney for Charles Riley Gadson <br> 645 Griswold Street, Suite 1862 <br> Detroit, Michigan 48226 <br> (313)963-7300 |
| /with consent of Timothy P. Murphy <br> Attorney for James Jackson <br> 20816 Eleven Mile Road, Suite 111 <br> St. Clair Shores, MI 48081 <br> (586)779-8416 | with consent of William Otis Culpepper <br> Attorney for Todd Duane Benally <br> 645 Griswold St., Suite 3963 <br> Detroit, Michigan 48226 <br> (313)963-5310 |
| /with consent of Daniel J. Blank <br> Attorney for Treyvan Agee <br> 30150 Telegraph Road <br> Suite 444 <br> Bingham Farms, MI 48025 <br> (248)645-1466 |  |
| /with consent of Ronald Kaplovitz <br> Attorney for Alissa Canty <br> 2057 Orchard Lake Road <br> Sylvan Lake, MI 48320 <br> (248)333-3666 | /with consent of Steven A. Fishman <br> Attorney for Stephanie Helene Baxter <br> 615 Griswold Street, Ste. 1125 <br> Detroit, MI 48226 <br> (313)962-4090 |

_____ _____
/with consent of Edward Wishnow         /with consent of Randall C. Roberts
Attorney for Ramando Antone Wellons     Attorney for Jerry L. Sexton
240 Daines                              2008 Hogback Road
Birmingham, MI 48009                    Suite 1
(248)258-1991                           Ann Arbor, Michigan 48105
                                        (734)677-3393

_____ _____
/with consent of Gerald Evelyn          /with consent of Steven E. Scharg
Attorney for Leo Johnson Jr.            Attorney for Lee H. Gilmore
645 Griswold Street, Suite 2000         615 Griswold St., Suite 1125
Detroit, Michigan 48226                 Detroit, MI 48226
(313)962-3960                           (313)962-4090

_____ _____
/with consent of Milton Henry           agreed by Sharon Payne
Attorney for Bessie Blount Howard       Counsel seeking Substitution
2560 Vhay Ln                            24566 Southfield Road
Bloomfield Hills, MI 48304              Southfield, Michigan 48075
(248)646-3103                           (248) 424-9270


DATED:  August 1, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,          CRIMINAL NO.  05-80810

vs.

                        HON. LAWRENCE P. ZATKOFF

D-1  MICHAEL ANTHONY CLARK,
    a.k.a. "Mike Nitty," a.k.a. "Mike,"
D-2  KEVIN LENARD YOUNGBLOOD,  a.k.a."Kev"
D-3  CHARLES RILEY GADSON. a.k.a. "Chuck,"
D-4  JAMES JACKSON, a.k.a. "Ziggy,"
D-5  FNU LNU, a.k.a. "Tio,"
D-6 TODD DUANE BENALLY, a.k.a. "T," a.k.a. "Roberto Jose Garcia," a.k.a. "Rojo,"
D-7 TREYVAN AGEE, a.k.a. "James Clark," a.k.a. "C-Pebble,"
D-8 BESSIE BLOUNT HOWARD,
D-9 ALISSA CANTY,
D-10 STEPHANIE HELENE BAXTER,
D-11 RAMANDO ANTONE WELLONS, a.k.a. "Donut,"
D-12 JERRY L. SEXTON, a.k.a. "J,"
D-13 LEE H. GILMORE, a.k.a. "Crazy Lee,"
D-14 LEON JOHNSON, Jr., a.k.a. "Nick,"
D-15 FELIX PEDRO BETANCO,

                Defendants.
_____/

## REVISED ORDER GRANTING THE PARTIES REQUEST TO EXTEND THE PLEA CUT-OFF DEADLINE

**IT IS HEREBY ORDERED**, that the plea cut-off date is hereby extended by approximately,

30 (thirty) days, from July 17, 2006 to August 16, 2006**.** The Court having been specifically advised

in the premises of the parties' stipulation and agreement, and recognizing the complexity

of this case and the number of defendants in the case, the Court hereby finds that the time requested

to establish the new plea cut-off date is reasonable.  Therefore,

**IT IS ALSO ORDERED,** pursuant to 18 U.S.C. §3161(h)(8)(A) that the time period caused by this stipulation shall be deemed excludable delay.

**IT IS FINALLY ORDERED**, that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial

**IT IS SO ORDERED.**

                                  s/Lawrence P. Zatkoff
                                  HONORABLE LAWRENCE P. ZATKOFF
                                  United States Federal District Judge

Dated:   August 9, 2006